JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No. CV 20-9636 FMO (PDx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANHAR GROUP, INC., | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 8th day of January, 2021.

/s/
Fernando M. Olguin
United States District Judge